UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| ANGELA LITTON, as Wife and TILISA LITTON, as Mother, and as Co-Administrators of the Estate of LARRY LITTON, JR., deceased, <br><br> Plaintiffs, <br><br> v. <br><br> NAVIEN, INC. and JOHNSTONE SUPPLY, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) Case No. 4:20-cv-00251-JMS-KMB ) ) ) ) ) ) |

**DEFENDANTS' NOTICE OF AGREED RESOLUTION**

Defendants, Navien, Inc. and Johnstone Supply, Inc. n/k/a Johnstone Supply, LLC, by counsel, hereby notify the Court that Plaintiffs and Defendants have agreed to a resolution of this case in its entirety. The parties request sixty days (60) to finalize the agreement and file dismissal documents.

Respectfully submitted,

*/s/ Dennis F. Cantrell*
Dennis F. Cantrell, #10794-49

*/s/ Charles J. Niblick*
Charles J. Niblick, #32703-49
STOLL KEENON OGDEN PLLC
The Emelie Building
334 North Senate Avenue
Indianapolis, IN 46204
Telephone:   (317) 464-1100
Facsimile:   (317) 464-1111
Email:   dennis.cantrell@skofirm.com
            chuck.niblick@skofirm.com

/s/ Renee J. Mortimer
Renee J. Mortimer (20724-45)
LEWIS BRISBOIS BISGAARD & SMITH LLP
Email:Renee.Mortimer@lewisbrisbois.com
2211 Main Street, Suite 3-2A
Highland, Indiana 46322
D: 219.440.0604
T: 219.440.0600/F: 219.440.0601

/s/ Ami T. Anderson
Ami T. Anderson (27609-45)
LEWIS BRISBOIS BISGAARD & SMITH LLP
E-mail: Ami.Anderson@lewisbrisbois.com
2211 Main Street, Suite 3-2A
Highland, Indiana 46322
D: 219.440.06049
T: 219.440.0600/F: 219.440.0601

*Counsel for Defendants, Navien, Inc. and Johnstone Supply, Inc. n/k/a Johnstone Supply, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2023, the foregoing document was filed electronically. Notice of this filing will be sent to the following parties by the court's electronic filing system and/or First Class, United States Mail, postage prepaid:

Trevor J. Crossen
Gina M. Vuotto
CROSSEN LAW FIRM, LLC
4661 Lisborn Drive
Carmel, IN  46033
**Counsel for Plaintiffs**

/s/ Dennis F. Cantrell
Dennis F. Cantrell