UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| ANGELA LITTON, as Wife and TILISA LITTON, as Mother, and as Co-Administrators of the Estate of LARRY LITTON, JR., deceased,<br><br>Plaintiffs,<br><br>v.<br><br>NAVIEN, INC. and JOHNSTONE SUPPLY, INC.,<br><br>Defendants. | Case No. 4:20-cv-00251-JMS-KMB |

**ORDER GRANTING JOINT STIPULATION OF DISMISSAL**

Plaintiffs, Angela Litton, as Wife, and Tilisa Litton, as Mother, and as Co-Administrators of the Estate of Larry Litton, Jr., and Defendants, Navien, Inc. and Johnstone Supply, Inc. n/k/a Johnstone Supply, LLC, all by their respective counsel, having filed their Joint Stipulation of Dismissal, and the Court, being duly advised, now finds that the Stipulation should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, and DECREED upon the foregoing Stipulation that this entire action against Defendants, Navien, Inc. and Johnstone Supply, Inc. n/k/a Johnstone Supply, LLC, including all claims and crossclaims, is here DISMISSED with prejudice, each party to bear its own costs.

Date: 5/15/2023

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

DISTRIBUTION to all electronically registered counsel.